STATE v. COLEMAN

No. 51 PC.

Case below: 19 N.C. App. 389.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. ELAM

No. 86.

Case below: 19 N.C. App. 451.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973. Motion of Attorney General to dismiss appeal allowed 1 November 1973.

STATE v. GRANT

No. 54 PC and No. 87.

Case below: 19 N.C. App. 401.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 November 1973.

STATE v. HAMILTON

No. 68 PC.

Case below: 19 N.C. App. 436.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.

STATE v. HUDSON

No. 60 PC.

Case below: 19 N.C. App. 440.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 November 1973.